# EXHIBIT LIST TO DEFENDANT
# ASQUITH REID'S SENTENCING MEMORANDUM

| Exhibit | Description |
|---|---|
| 1. | Letter from Alter, Esq., Bernard |
| 2. | Letter from Barnett, Coral |
| 3. | Letter from Barrett, Barrington |
| 4. | Letter from Barrow, Yvette |
| 5. | Letter from Boucher, Cislyn |
| 6. | Letter from Boucher, Omar |
| 7. | Letter from Brown, Lloyd |
| 8. | Letter from Cesaire, Debra |
| 9. | Letter from Dixon, Gail |
| 10. | Letter from Earle, Shelly-Ann |
| 11. | Letter from Fagan-Reid, Audrey |
| 12. | Letter from Forde, Mildred |
| 13. | Letter from Fraser, Sherif |
| 14. | Letter from Gallimore, Adlin |
| 15. | Letter from Joseph, Narissa A. |
| 16. | Letter from LaPierre, Terrence |
| 17. | Letter from Lecky, Elizabeth |
| 18. | Letter from Miles, Donald |
| 19. | Letter from Moment, Kim |
| 20. | Letter from Morrison, Mary |
| 21. | Letter from Payne, Albert |
| 22. | Letter from Reed, Gail |
| 23. | Letter from Reid, Clifton |
| 24. | Letter from Reid, Dale |
| 25. | Letter from Reid, Dane |
| 26. | Letter from Reid, Desmond A. |
| 27. | Letter from Reid, Etta |
| 28. | Letter from Reid, Jr., Desmond |
| 29. | Letter from Reid, Marilyn |
| 30. | Letter from Reid, Ridley |

| 31. | Letter from Reid, Sharon |
|---|---|
| 32. | Letter from Reid, Willie Dean |
| 33. | Letter from Roberts, Sr., Lloyd |
| 34. | Letter from Sharpe, Wellington |
| 35. | Letter from Silcott, Marjorie A. |
| 36. | Letter from Sinclair, Beverlie |
| 37. | Letter from Small, Marietta |
| 38. | Letter from Washington, Francine |
| 39. | Letter from Wechter, Rabbi Pinchus |
| 40. | Letter from Mokhtar, Dr. Bahaa, Mr. Reid's oncologist |
| 41. | Analysis of Deposits, Donna Reid Memorial Education Fund |
| 42. | Analysis of Withdrawals, Checks and Debits, Donna Reid Memorial Education Fund |
| 43. | Assets of Asquith Reid |