# EXHIBIT 1

# ALTER & BARBARO

*Attorneys and Counselors at Law*

26 Court Street, Suite 1812, Brooklyn, New York  11242  Tel: (718) 237-0880  Fax: (718) 722-7887

**Bernard Mitchell Alter,**
Member of the New York, New Jersey, Pennsylvania, Florida and Georgia Bars
**Stephen V. Barbaro,** Member of the New York Bar

July 18, 2009

Baker Hostetler, LLP
45 Rockefeller Plaza
New York, N.Y. 10011
Attn: John W. Moscow, Esq.

Re: **Asquith D. Reid**

Dear Mr. Moscow:

I write this letter to you for the purpose of submitting the letter to the Federal Probation Office on behalf of Asquith D. Reid. I am sincerely hoping that this letter will help that office evaluate Asquith and give favorable light to that sentence recommendation. I do recognize that Asquith has been charged with certain crimes but again hope this letter will help with the sentence recommendation.

I am an attorney who has been in practice since 1974 in this State and am a partner in the law firm of Alter and Barbaro.

I first met Asquith as an adversary in a local political race in 1992. Asquith was the campaign manager for one candidate and I was the legal counsel for another. Both of us were active in the race. His candidate won and my candidate took a substantial drubbing at the polls.

I was impressed with Asquith's non-stop hard work for his candidates. Since that time, I have had the opportunity to work with him on many campaigns, several of which were successful.

However, to show the type of man Asquith really is, I came to him one time as an attorney, who was representing another attorney who was in serious trouble with the bar grievance committee. So as not to embarrass the attorney I represented, I am not mentioning the attorney's name. I asked him to but his busy

# ALTER & BARBARO, ESQS.

*Letter to John W. Moscow*
*July 18, 2009*
*Page 2 of 2*

schedule aside and assist me with that attorney's plight in order to try to save that attorney's license and allow that attorney to continue practicing law.

Asquith did so. That attorney had done much pro bono work for the community. Asquith with hesitation came to the bar grievance hearing and testified for the attorney. As a result, the attorney was censured but allowed to keep the lawyer's license, which the attorney worked so hard to obtain.

Because of that type of character, I feel Asquith should receive favorable treatment and not be incarcerated.

If you have further questions, do not hesitate to call.

Very truly yours,

ALTER AND BARBARO, ESQS.

By: BERNARD MITCHELL ALTER

# EXHIBIT 2

# CORAL B. BARNETT
*40 Lincoln Road – 2B*
*Brooklyn, NY 11225*

July 18, 2009

John W. Moscow, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Dear Mr. Moscow:

## RE: MR. ASQUITH REID

I am writing on behalf of Mr. Asquith Reid to let you that I have know Mr. Reid for twenty (20) years. It has come to my attention that Mr. Reid has been charged with certain crimes. I first met Mr. Reid when he served as Campaign Manager to former City Councilmember the Honorable Una S. T. Clarke.

Mr. Reid spent countless hours in assuring that the campaign was properly supervised and run which enabled Ms. Clarke to become the first Caribbean born elected official in the New York City Council, which was a milestone for Caribbean people, in the U.S.A.

Mr. Reid's dedication to the empowerment of the Caribbean community in Brooklyn has been exemplary. Because of his dedication and commitment and through his social and political involvement he had become well known in our community.

I recommend that the authorities consider Mr. Reid's past contributions to the community-at-large and the society on a whole as they go through their deliberation.

I will continue to keep Mr. Reid in my prayers. With kind personal regards.

Sincerely,

Coral B. Barnett

# EXHIBIT 3

Barrington Barrett
879 Lenox Road Apt.#A-1
Brooklyn, NY 11203

June 29th, 2009
Baker Hostetler ,LLP
45 Rockefeller Plaza
New York, NY 10111

To Whom It May Concern:

I Barrington Barrett, retired NYC Family and Juvenile Probation Officer, have known Asquith Reid since 1992 when I was appointed by the Borough President, Howard Golden to serve on Community Board 17.

Asquith Reid has been known to me since I became a Board member. Over a decade, he has served on the Board as the Education and Social Services chairperson. I had the opportunity to work on both of these committees with him and found that he dealt with the community fairly.

While being a member of New Era Democratic Club, he encouraged me to join the club's organization. He was later elected president of this club, of which I am currently a member.

Asquith was also the liaison for NYC Department of Youth and Community Development Neighborhood Advisory Board 17. I have also known Asquith on several political campaigns, where with his estate political and community knowledge, some politicians have won their seats.

Over the years, while working with Asquith on various community organizations, I personally have never seen or heard of him engaged in any illegal activities prior to this present situation. He has always worked with the community and its constituents in providing services for those in need.

Mr. Asquith Reid, in my estimation is an individual with a strong sense of community responsibility and unique enthusiasm. He has demonstrated those qualities in all aspect of his community work. I am aware that he has pleaded guilty to some of the charges against him. In spite of his involvement with the law, I am indeed thankful for my association with him and proud of his excellent work in the community and the social bonding we have.

Sincerely

Barrington Barrett

# EXHIBIT 4

Judge Victor Marrero                    July 15th 2009
US District Court


Dear Judge

I am writing this letter on behalf of my friend and community leader Mr Asquith Ried. During times of trouble and hardship the word "friend" means someone who you can depend on when others shun or run away from you.

I met Asquith Ried in 2001. I heard his name before in relation to civic organisations and political campaigns. Since I got to know Mr Ried, I must say that his reputation as a dedicated community servant is well deserved. He is the main mover in the effort to organise all Blacksand civic associations within the 45th Council District. I am the president of Citizens for A Better Community which covers sixteen blocks in my community which is East Flatbush. For the past eight years we have hosted A Family Day Event where we entertain families with rides, games, free food entertainment and information on health issues etc. And every year Mr Ried has helped this community and this organisation.

Mr Ried also helps to revive defunct organisations and forms new organisations to beautify the community. Helping the young children and seniors, accessing government services and in general, finding new ways to

to make each block better and more beautiful in the 45th District. Mr. Ried also provided textbooks for college students whose parents couldn't afford to do so. Mr. Ried is a generous man to the poor in a humble manner. He will help anyone with a meal who was hungry, rent money to avoid eviction, help to fill a Senior's prescription, pay the application fee to file for citizenship for an immigrant, funeral costs for families who couldn't afford to bury their dead or bail money to prevent a young person to spend time in Jail while awaiting trial.

In fact, there is nothing that Mr. Ried wouldn't do to help anyone who was in need.

There are people in this world whose strengths and gifts is to be kind, caring and giving and Mr. Ried is one of them.

Everyone in the community always has a kind words for Mr. Ried. It appears that his life is to help others.

Judge Marrero, I humbly ask of you, to give the utmost consideration to Mr. Ried's benefit on behalf of this community and by your lenience and mercy Justice will be served.

Thank You Very Much

Yours truly,

_Janou_

# EXHIBIT 5

July 27, 2009


To Whom It May Concern:

I am writing on behalf of Asquith Reid who I have known for the past 14 years. Mr. Reid has been charged with certain crimes of which I will not express my thoughts.

However, I am writing you about the gentleman that I have grown to admire over the years. First I must credit Asquith Reid for my political experiences and knowledge. It was through his capable guidance that I learnt how a campaign is managed to ensure victory.

I have known Mr. Reid as a quiet, soft spoken individual who has a wealth of knowledge to share. His love for his community and its residents especially children is overwhelming. Mr. Reid came to this country in 1963 with the hopes of pursuing a degree and then returning to Jamaica. But after arriving, his plans changed. He enlisted in the United States Air Force where he served until he was honorably discharged in 1967.

He met his wife Dean and settled in Brooklyn to raise a family. After his children were born he became involved in the Schools and was President of the Parent Teachers Association at most of his children schools. He became involved in the then Community School Boards.

Asquith saw the need to become involved in the political process of Brooklyn in selecting the best person who would work for the community. He worked on many successful campaigns as campaign manager including former Congressman Major Owens, Former Council Member Una Clarke, Assemblyman Nick Perry, Senator John Sampson and the current Council Member Kendall Stewart. Asquith believes that one should be involved in who is elected to office. He also believed that one should give back to the community in which you live if you want progress. He was the Treasurer of the New Era Democratic Club as well as an advisor to the Wesley McDonald Holder Democratic Club.

Asquith was a member of many community organizations including Association for a Better Community, East Flatbush Political Action Club and was a member of Community Board 17. He visited many block association meetings encouraging the members to be more active in their community and to work together to improve where they live. He would always encourage and assist residents in big building to form tenants associations so that their voices could be heard.

Asquith loves children dearly and was always ready to help. Thus when his daughter died he created an organization in her memory. It was the intent of this organization to provide assistance to educating children who needed help but could not afford it. This organization provided free after school help, computer classes and summer classes as well as GED classes thus enabling parents who had no where to send their children a place for them.

Asquith Reid has been a good and active resident for most of his life in this community. He has given back to this country as an enlisted member of the Air Force. He gave back to his community through his participation in Community Board 17, as well as the various organizations that he was a member of. He fought for better services for children in the schools as Presidents of PTA and as a member of the Community School Board. He was able to provide a place for free where they could get assistance with their homework or a place to go in the summer instead of being on the streets. He participated in the political process in helping to elect those that he believed would work for the betterment of our community.

I believe that except for this one incident that Asquith Reid was never charged for anything and has been an outstanding citizen in this community.  Your kind consideration is asked for in this matter. Thank you.

Sincerely

Cislyn Boucher
456 Linden Blvd, B4
Brooklyn, NY 11203

# EXHIBIT 6

*Omar Boucher*
*1026 East 100ᵗ Street, Brooklyn, NY ~ Tel. (718) 490-8612*

August 11, 2009

Dear Judge Marrero:

I met Mr. Asquith Reid in 1991 when we both worked on the campaign to elect Una Clarke to the New York City Council. He worked very hard on that campaign. Since then, we have worked together on many political campaigns and community events such as PTA's block associations, social clubs, benefit projects, etc. To the best of my knowledge, Mr. Reid was always committed to ensuring the success of whatever community project/service with which he is involved.

I know that Mr. Reid has undertaken several charitable projects to help children, the elderly, and the underserved both in the U. S. and in his home country of Jamaica, West Indies. He has always had a modest lifestyle to the best of my knowledge and is always willing to assist others.

Mr. Reid has a reputation throughout the community as a giving, helping, understanding and compassionate person. Our communities have been blessed to have a person whose many years of unselfish service has made a tremendous, positive difference in our quality of life.

I ask you to show compassion and lenience when you decide Mr. Reid's sentence. Please allow him to continue his good community service.

Sincerely,

Omar Boucher

# EXHIBIT 7

249-14 Francis Lewis Boulevard
Rosedale, NY 11422

August 3, 2009

Judge Victor Marrero
U.S. District Court
500 Pearl Street
New York, NY 10007

Dear Judge Marrero,

I am writing to tell you about Asquith Reid whom I met around 1979 when we were employed by Standard Telephone Company under contract with Local Union 3. Since then, we have remained close friends.

Mr. Reid has been a very dedicated worker. Whatever he is doing, he makes sure to put his best effort to produce the best result possible. He takes every opportunity to improve his knowledge base and became expert at every type of equipment that we were expected to work on. He even got a Bachelor of Science degree in Electrical Engineering by attending college totally at night.

Mr. Reid was always friendly with all his coworkers and he never had an altercation. When others refused assignments, he was ready to accept. He was chosen as an "Essential Employee" by the management.

I came to know that Mr. Reid was the same person at home and in the community, as he was at work. His wife talks about her loving, wonderful husband. No wonder that they have been married for forty one years. His daughters adore him. The death of his first daughter left him devastated. Even so, he seems to be obsessed with spending his time and resources in service to the less fortunate. He is known throughout the community for his services.

Asquith Reid is undoubtedly the best friend and the best person I ever knew...a great friend, father, and neighbor.

I implore you Judge Marrero, to consider Mr. Reid's exemplary life and not allow him to be incarcerated. His continued service to the community outweighs the need for incarceration.

Thanks for your attention and consideration of my request.

Sincerely,

Lloyd Brown

# EXHIBIT 8

Dear Mr John .W. Moscow,

I Debra Cesane would like to let you know Mr Asquith Reid always work hard for everyone's Community . When I had a Housing problem are a problem with people dealing with drug and crime in my Community he would help. Even if I had a problem with school he would help . Mr Reid is a wonderful person he always listen to what you have to Say . Mr Reid also is a great Parent and a very good father and to many , He work long hour to help Senior and Schools with events . Thank you ,

P.S. This is all for Now
      From Debra Cesane

885 E 56 th St
Bklyn NY 11234

# EXHIBIT 9

### The E. 49th & E. 48th Street Block Association
### Of
### Lenox, Linden, Clarkson & Schenectady

**Mrs. GAIL DIXON, PRESIDENT**
262 East 49th Street
BROOKLYN, NY, 11203

August 31st, 2009

Dear Judge Marrero,

**DENNIS BAPTISTE**
*1st Vice President*

I have known Mr. Asquith Reid for the past eight (8) years. Within that time he has worked diligently with me and The Block Association mentioned above to revive itself and build the Association block by block. He is always willing and helpful, because of his many good attributes we are now the second largest Block Association in East Flatbush area. Our organization consists of 6 ½ blocks.

**KATHY RICHARDS**
*2nd Vice President*

**VIVIAN BOYCE**
*Recording Sec.*

His involvement in the Association are many; assisted the children in the after school program at the church I attend, helping the seniors and young adults in mentoring and giving advise, also giving of himself and time to attend the monthly meetings when asked and helping the residents in the community to meet their essential needs and improve the "Quality of Life" issue which is very important to us all.

**YOLIE GERMAIN**
*Corresponding Sec.*

**CARMEN ALMENAS**
*Treasurer/ Fin Sec.*

**WINSOME FOSTER**
*Chairperson*
*Gardening Committee*

Mr. Reid's name is a "household name in the community". Always listen to our many problems that we face in the area and giving solutions that oftentimes resolve our situations. He is admired and liked by all who have come in close contact with him and his kind manner.

**REBECCA JAMES**
*Graphics/Arts*

**RUTH LASHLEY**
*Chaplain*

**ASSISTANTS**

He has assisted me in many projects for the Block Association and I am extremely thankful for his support and assistance when called upon. He is missed by us all and I ask you to be very considerate in your sentencing and allow him to continue to serve this community in the future.

**Ms JENNIFER OLIVER**
**Ms KATIE LEWIS**
**Mr. STEVE JORDAN**

Respectfully,

Gail Dixon

**CONTACT # 917-691-8148/ FAX #718-363-0218**

# EXHIBIT 10

Burnt Savannah
Frome P.O.
Westmoreland
Jamaica
July 25, 2009

Judge Victor Marrero
United States District Court

Dear Judge,

I am writing to ask you to spare our friend Mr.
Asquith Reid from prison. He is a good man who
helped my family and other families in my
community who are poor.

I met Mr. Reid when i was thirteen years old
because i was his cousin's schoolmate. He helped
me when my mother could not afford to find bus
fare, lunch money and books to send me to
school. I know that for many years he helped
a lot of children to enable them to go to school.
Some of them graduated and find jobs to send
their younger brothers and sisters to school.

He helped us repair our roof to keep out the rain
and he helped my friend's family when their house
burned down. Thank God for Mr. Reid. He helps
without asking anybody for anything in return. I beg
you to show mercy to Mr. Reid and be lenient.

Thank you with all my heart.

Yours Truly,

Shelly-Ann Earle

# EXHIBIT 11

# Audrey E. Fagan Reid

### 3584 Potomac Court                    Atlanta, GA 30344

**Judge Victor Merrero**

**U. S. Dist. Court**

**500 Pearl Street**

**New York, NY 10007**

**Dear Judge Merrero:**

I met Asquith while he was serving in the US Air Force; he was the first of three brothers to serve in the United States Military. Desmond, and Ridley, was the other brothers.  Asquith D. Reid and I have been friends for more than 40 years.  During those years I have come to admire and respect him.  Where there is darkness, Asquith always looks for a light to shine through and encourages those around him to do the same.

Asquith is a husband, a father, a mentor, and a very community minded individual. Soft spoken though he is, he is very dependable. He has a great sense of humor, after meeting him and knowing him for awhile one will find that his humor can become infectious.  He worked as an electrician for several years to support his wife, Dean and his three daughters.   He attended college at night and received his degree in electronics.   During the years his children were in school he actively served on various school committees within his district, this to ensure quality education for his family and for the community.

 As a mentor, Asquith has tutored several youngsters who fell a grade behind or would not have graduated, but with his help went on to graduate.  To Asquith education is very important.  He would tell this to all his nieces and nephews and would help them in any way possible to achieve their educational goals.  One year, he helped my son Des with a science project that placed third. However, between the two of them they reworked the project to make it better: this to demonstrate to Des that he should not settle for third place.  This helped Des to strive to be the best he can become: Des went on to win scholarships and graduated top of his class.

Around the late 1970 early 80s Asquith introduced the first computer a Tandy 64 kb to his daughters and my sons and we; I included felt drawn to learn all we could about computers. Seeing the enthusiasm of his daughters and my sons gave Asquith reason to smile often as he explained to us the various workings of the computer. I went on to study computer programming at NYU. Always the teacher, Asquith never stops helping a child or an adult to reach their full potential.

Asquith was very conscious of the happenings within the community. He worked tirelessly to ensure that the schools were properly equipped with the necessary tools for learning. As PTA president, he worked with the principles to change policies that were not effective within the school. He was highly respected by teachers and students and was given numerous awards. But, the school was not the only place where his work and dedication to serve can be seen. His first introduction to politics was working with Major Owens when he was asked to head up Owens's campaign. Asquith's work as campaign manager gave Owens his first of several win as a Congressman. With this first step, Asquith went on to solidify victories for several other politicians now in Congress and on the local front as City Council Men and Women. No matter the setting large or a small group or to an individual Asquith would find some way to encourage them to never give up on what they felt was their dream. "Oh, you can make it or you can do it" with a smile you can hear those famous words from Asquith.

I spent hours talking to Asquith from learning about electronics, to computers to simple everyday happenings our conversations would go on and on and on. Sometimes, we would stop and days later would continue as if we had never stopped. "Hi, is that you?" "No, is that you?" would almost always start our phone conversations. I would tease him about the food he eats, he loves hotdogs: I would say, "hotdogs again" and with a smile he would response, "yea, that's all Dean feeds me" Dean, Asquith's wife and I along with his girls are very close. For as many years as I have lived in New York, Brooklyn to be exact and even after I moved the friendship continues. After forty years, friend is a simple word, but it is one I can use to best describe Asquith D. Reid.

Sincerely Yours,

Audrey E. Fagan Reid

# EXHIBIT 12

**Mildred J. Forde**
*1199 East 53rd Street, Suite 3G*
*Brooklyn, NY 11234*

July 6, 2009

Mr. John W. Moscow
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111

Re: Asquith Reid

Dear Mr. Moscow:

I have known Mr. Asquith Reid for approximately 15 years and have had the pleasure of dealing with him personally during the past ten years through my organization, the Mildred Forde Enhancement Workshop, a community project whose mission is to help the youths in the City of New York especially those that are disadvantaged.

Mr. Reid is revered in Brooklyn for his leadership and involvement in community activities.  Over the years, I have admired his genuine concern and dedication to the youths of the community.  Indeed, he has been an avid supporter of the Mildred Forde Enhancement Workshop often taking the time out of his busy schedule to attend events.

I am aware that Mr. Reid has been charged with a crime; however, I firmly believe that his many years of charitable contribution to the youths of the community whose lives he has touched and has made a positive impact should be taken into consideration.

Sincerely,

*Mildred J Forde*

Mildred J. Forde

# EXHIBIT 13

July 27, 2009

Hon. Judge Victor Marrero
U.S. District Court
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

Mr. Asquith Reid has been an important and trusted friend of mine for the past seven years and a respected colleague throughout my years of service to Community District 17. Mr. Reid was the Chief of Staff to Councilmember Kendall Stewart, 45th Council District. Over these many years, his dedication to the community he represented and his ability to consistently understand complex issues and provide insightful counsel, has earned him the respect and admiration of many.

Mr. Reid has been an important key in recognizing and implementing solutions to some major issues in the East Flatbush community. He exhibited a talent for decisive and positive leadership. He has been highly involved and committed to ensuring that the Councilman advocates for the necessary resources and has worked tirelessly throughout his tenure supporting numerous community outreach efforts.

It has been a great pleasure to work with Mr. Reid over the years on behalf of this Board and the community it serves. His contribution has most certainly assisted the Community Board in accomplishing some of their goals of helping those most in need.

I write this letter on Mr. Asquith Reid's behalf without reservation. Should you require further information please do not hesitate to contact me at (718) 434-4424.

Sincerely,

Sherif Fraser
District Manager
Community Board #17
39 Remsen Avenue
Brooklyn, NY 11212

# EXHIBIT 14

(1)

8/14/09

Your Honor
Judge Marrineo
U.S. District Court.

Dear Judge,
                I've known Mr Asquith
Reid for about 15 years. He has been
an exceptional advocate for my
community. His involvement with the
community include, but not limited
to former community Board 17. He
has also chaired for the education
committee for several years. He was
the campaign manager for Assemblyman
Nick Perry and city consul Dr
Kendal Stewart. Mr Reid has always
extended his assistance to anyone
who approached him. He was very
personal and hard working community
member. Mr Reid is extremely
                                        cordial →

(2)

family oriented. Judge Marrero
I humbly asking of your consideration
and your leniency and your mercy
regarding this matter.

Thank you kindly

Adlm Gallimore
787 E 37 Street
Brooklyn NY 11210

# EXHIBIT 15

LAW OFFICE OF

# NARISSA  A.  JOSEPH

277 Broadway, Suite 501
New York, NY 10007

Tel. (212) 233-3060 • Fax (212) 608-0304

Email: njosephlaw@aol.com • www.njlegaloffices.com

Admitted in NY & NJ                                                September 15, 2009

Re: Asquith Reid– Case No: 08-00331-VM-1

Dear Judge Marrero:

      I am writing regarding Asquith Reid. I have known Mr.  Reid personally and professional for over 17 years. I have always known Mr. Reid to be a honest, hardworking and dedicated man.  I am best friends with Mr. Reid's daughter.  Since my first meeting with Mr. Reid he spoke to me and my other friends regarding the importance of education and public service.  As a high school student who was interested in politics, Mr. Reid secured intern positions with Congressman Major R. Owens for me and my friends.  As a young student this was a very educational and motivational experience for me and my friends.  Mr. Reid helped us to become involved with the community.  We assisted him with responding the letters many of the constituents wrote regarding housing and education.  This was my first experience with politics and public service.

      Being an immigrant and the first person in my family to go into college it was difficult for me to understand the financial aid  and application process.  Mr. Reid helped me fill out the forms.  Him and his organization took me and other students on college tours.  I do not think I would be where I am today if not for Mr. Reid.  While in college Mr. Reid continued to be a source of encouragement in NY life.

      Upon graduation from College and entering law school, Mr. Reid was there again to offer encouragement.  He often spoke to me about public service and giving back to the community.  A few years when I decided to start my own law practice  again Mr. Reid was there to offer encouragement and suggestions.  A few times I had clients who wanted to start non-profit organization and assistance with grant proposals.

Over the years I have had the opportunity to see Reid interact with his family.  He is a loving and dedicated husband, father and grandfather.  You also feel welcome at the Reid house.  Mr. Reid is the sole financial provider to his family.  He works hard and very long hours.  Many of the times I stopped by the house Mr. Reid was always off helping someone in the community.  Many of the times he is leaving the house there is always some neighbor  telling Mr. Reid thank you for his time.  I have seen his interaction with his grandchildren. He has so much patience and love towards his grandchildren.  During the time my mom was being treated for cancer Mr. Reid was there to offer words of encouragement.

I am not sure what would be the Court's ruling regarding sentence I am asking the Court to be lenient during sentencing.

If you have any questions, please feel free to contact me.

Very truly yours,

Narissa A. Joseph