# EXHIBIT 16

# PATRIOT AGENCY INC
## 5012 AVENUE D
## BROOKLYN NEW YORK 11203
## TEL 718-451-1788 FAX 718-451-2847

June 27, 2009

John W. Moscow
Baker & Hostetler  LLP
45 Rockefeller Plaza
New York, NY 10111

Dear Mr. Moscow,

I have known Mr. Asquith Reid for the past ten (10) years. August of every year, the Small Business Men & Women of Avenue D holds a Street Fair, in which I am the President. This year is the 16th Annual Fair.

Mr. Reid has always made contribution, both monetary and assisting when called upon in order to make our Street Fair a success.

I am aware that he has been charged with certain crimes. Mr. Reid's contribution towards any venture in the community has always been outstanding, and his aptitude and camaraderie whilst working with other peers has been immeasurable.

During his time of charitable work he was an active member of the Donna Reid Foundation.

If you need further information do not hesitate to contact me.


Yours truly,

Terrence T. LaPierre
PRESIDENT

# EXHIBIT 17

Elizabeth Lecky

251 E 25th Street

Brooklyn, NY 11226

July 11, 2009

To whom may this concern:

It is with great sadness I learnt that Mr. Asquith Reid has been charged with certain criminal conduct. I have been acquainted with Mr. Asquith for over 12 years. Mr. Reid and I are from the same parish in Jamaica; here you would say the same state.

I am one who look to help the youths, the poor and the down-trodden, those who are society rejects. In so doing I found a friend in Mr. Asquith. I could always call on him for help, financially or otherwise. He was always available to speak to the folks you need him to see and to give words of encouragement.

I could always send someone to Mr. Reid for help. He was there. We are praying for him.

Sincerely,

*Elizabeth Lecky*

Elizabeth Lecky

# EXHIBIT 18

**Donald Miles**
**968 East 85th Street**
**Brooklyn, NY 11236**

July 6, 2009

To Whom It May Concern:

Re: Asquith Reid

I am writing on behalf of Mr. Asquith Reid whom I have known for over 15 years.  I am aware that Mr. Reid has been charged with certain crimes by the United States Attorney's Office for the Southern District of New York.

Ever since I met Asquith Reid I have known him to be a quiet, soft spoken man. He is kind, generous and always willing to assist anyone who needs help. He is a dedicated and hard working individual who will go above and beyond to assist you.

Asquith and I were both members of the Wesley McDonald Holder Democratic club. Through the club we assisted both young and old in getting any assistance that they need. Through his organization, Donna Reid Memorial, he offered homework help to the children whose mothers could not pay to send them to other places. This was for the entire year, even in the summer parents could depend on this program to send their children to.  Mr. Reid was very much involved in his community. He was always at funerals, visiting the sick in their homes, attending community meetings and you could depend on Mr. Reid to be there for you no matter what time of the day you called him. Through the City Council Office he was able to offer more to his people.

Asquith was very much involved in politics. He worked on many campaigns and is always encouraging the community to get involved. It was through him that I was able to volunteer on some of the local campaigns and learned of the process. He always encouraged the members in the club to become more involved in their neighborhoods and assist to educate our community because only then we can become stronger.

Although he has been charged with certain crimes, for me, Mr. Asquith Reid has been a great asset to this community. He is one of the few who has spent his entire life helping and encouraging local people like me to be better citizens. His generosity, kindness and dedication are greatly appreciated and should be taken into consideration at this time.

Sincerely,

Donald Miles

# EXHIBIT 19

*Kim E. Moment*

*1281 Brooklyn Avenue*                                                                    *Brooklyn, NY 11203*

September 23, 2009

The Honorable Justice Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: Asquith Reid
Indictment: 08 CR

Dear Judge Marrero,

I presented this letter in behalf of Asquith Reid. Please be assured that I understand and respect that he has pleaded guilty. While I realize the severity of his criminal conduct, I respectfully ask the Court to take into account the good work he has performed when deciding upon an appropriate sentencing.

My name is Kim Moment. I am an Operations Manager for the New York City Criminal Justice Agency. CJA provides information on a defendant's likelihood of returning to court that helps arraignment judges make more informed release decisions and fosters the use of release on recognizance.

Our path first crossed in the mid 1990's at the New Era Community Democratic Club located in the East Flatbush section of Brooklyn. Mr. Reid was very committed to the needs in our neighborhood. He worked hard to make life better for many who resided there. I have personally witnessed his brilliant intellect, his extraordinary generosity to those in need and his passionate to service his community. He has tirelessly worked to elect candidates statewide that shared his passion for helping his community. As an executive board member at the New Era Community Democratic Club, he was very instrumental in the establishment of The Husain Institute of Technology, a free computer school that provided both technical and software training. He helped raise money for the school and met with the local elected official to get funding. He voluntarily taught classes several times during the week and on the weekend. He helped the school director, the late Dr. Akhtar Husain, establish other free computer classes throughout the neighborhood. He would reach into his pocket and purchased supplies for those students who could not afford them. He helped wired neighborhood schools for Internet services and electronic communications. He donated supplies and equipment to the school. We also worked together educating others on the dangers of lead poison and the effects it has on our children. He voluntarily worked with youths in the Homework Program sponsored by the New Era Community Democratic club.

It has been my observation that he has been an articulate advocate on numerous issues in our community. He was offered several positions with different individuals or organizations that deal with health care, education and public awareness. He also had time for those in need whether or not the person resided in the area. He helped set-up workshops that addressed community concerns such as housing, jobs, crime, senior's citizen issue, immigration and so on.

I have always found Mr. Reid to be a very quiet and honest man who loves his community. But the trait I admired the most is his commitment to his family. He is a loving husband, father and grandfather. He is a devoted family man and in the end a very loyal friend. Last year, I was diagnosed with bladder cancer. Despite his own troubles, he has been a tower of strength; ensuring me that everything will be all right.

At this time, I ask that you please take in consideration the good qualities set forth in this letter. I respectfully urge the court to exercise leniency and compassions. Although Mr. Reid may have used poor judge in his action, I do believe that Mr. Reid has been taught a great lesson in life. This conviction will provide a punishment to him that will endure long beyond any jail sentencing.

Thank you very much for your time and consideration.

Respectfully submitted,

Kim E. Moment

cc:   John W. Moscow, Esq.
      Brian Efser, Esq.

# EXHIBIT 20

MARY MORRISON
1027 Dartford DR
Tarpon Springs, Fl. 34688

To Whom it May Concern.
I have known Asquith Reid since his infancy.
In all these years I have known him to
be an upright citizen.
He is honest, trustworthy Kind and under-
standing. He has been an outstanding
human being.
His character is excellent and I would
vouche for him that He would always
be a trustworthy person in all his under-
Takings.

Sincerely
Mary Mor

# EXHIBIT 21

August 03, 2009

Judge Victor Marrero

US District Court


Dear Judge Marrero,

I am a friend of Asquith Reid who is to appear before you soon to determine his fate, I write to ask you to consider his altruistic contributions to his community both near and far and to show some leniency towards him, when you make your decision.

I met Mr. Reid in 1981 when I joined Community Board 17 in Brooklyn.  Mr. Reid exemplified all of the attributes that I incorporated in my continued membership on Community Board 17 (CB 17).  He was honest, respectful, quiet , helpful and always accentuated the positives that would help the community to improve.  Mr. Reid and I were both appointed to CB 17 by Borough President Howard Golden.  We both served on many committees including,  Education and Housing Committees.  Mr. Reid was an outstanding Board Member, was and still is well respected in his/our community.  He was a valuable member to me and the Board  when I was elected Chairperson of CB17.

Mr. Reid has made a positive difference in CB17 and always represented the community well in his advocacy with all of the elected officials at the New City, New York State and the Federal Government. Mr. Reid was a valuable member to our team of five who for years advocated for the Postal Office at East 94th Street and Church Avenue.  Mr. Reid was my trusted partner in advocating with School District 18's Superintendent Harvey Garner that resulted in Magnet School Programs for Public Schools in East Flatbush/CB17.  Today Mr. Reid's participation is sorely missed.

When I met Mr. Reid at the Department Of youth And Community Development headquarters at 156 William Street, NYC as a City wide Board Member about three Years ago, I was proud but not surprised and I felt that his membership on that Board would benefit the City at large as Mr. Reid always stood for good, just and fair.

Sir, the Asquith Reid I described to you that I know, sincerely deserve your due consideration for leniency based on a life time of service and good deeds.  Thank you Judge Marrero.

Sincerely,

Albert Payne

636 Rockaway Pkwy

Brooklyn, NY 11236

# EXHIBIT 22

Gail Reed-David Ed.S.
798 East 38th St.
Brooklyn, New York 11210
June 19, 2009

Dear Judge Marrero,

I write to ask to show mercy on Mr. Reid when he appears before you for sentencing. He has spent many years serving the people of our community. Even before I met him, I heard about the many good things he is doing to improve people's lives in Flatbush and East Flatbush. When I met him about 2000, this soft mild mannered man did not seem to fit the stellar reputation that he had. Since then, he has been my friend and mentor. I now know first hand, the thoughtful and generous person that he is.

I can attest to Mr. Reid's continual dedication to our community, the education of our youth and the care of our seniors. As an educator, we worked on several projects to improve parental involvement and through elected officials, to provide the schools in the district with computers, air conditioning, science labs, libraries, newsletters, etc.

3) We, have been on several committee such as 67 Precinct Community Council, Community Board 17, Husain Institute and political committees. We work together to improve kids, Black Association, parent participation, political participation and community improvement ... Block by Block.

I am proud to have Mr. Reid in our community and to work with such a dedicated individual. He is always ready to help. He never says no but he never asks for anything or any favors in return. He is always dependable.

I understand that Mr. Reid will appear before you for sentencing. Please consider his value to the community and that we need him to continue his good work here. Please be merciful and lenient. Thank you.

Sincerely,

# EXHIBIT 23

July 20, 2009

Judge Victor Marrero
United States District Court
500 Pearl Street
New York, NY 10007

RE: Asquith D. Reid

Dear Judge Marrero

I am Clifton O. Reid, a younger brother (age 56) of Asquith D. Reid.  I currently live in
Atlanta, Georgia, where I am primary caregiver to our mother, Etta V. Reid.

Over the years, I have been impressed by the fact that of the nine children raised by my
mother, all of us, with perhaps with one exception, have embraced the basic principles of
upright living that she, along with our grandparents and others, tried to instill in us.  In
other words, I think it fair to say that, though certainly imperfect, as a family we have, all
along been fundamentally good-hearted and decent human beings.

I am confident that this characterization applies to Asquith as well, notwithstanding the
current legal issues that he faces.  I can tell you, based on a lifetime of interaction with
him, that he is by no means the greedy, self-serving individual that is portrayed in the
media.

Asquith is actually a quiet, retiring person who nevertheless saw a need and many years
ago, answered the call to community and public service.  His life in itself has reflected a
genuine commitment to helping fix problems in the communities as well as in the lives of
many individuals around him.  The illness and untimely death of his daughter Donna
some years ago made him even more acutely aware of the pain that many people
experience on different levels, and further strengthened his resolve to do what he could to
help people cope with their suffering, and improve their lives.

I believe that people who actually know Asquith and are familiar with his work will agree
that he has been a tremendous force for good over a long period of time.

Thank you for your attention.

Clifton O. Reid
785 Peyton Road SW
Atlanta, GA 30311

# EXHIBIT 24

27-07-09

To whom it may concern

This letter is in reference to my big brother, Asgarth.

Although he didn't know it he has been my hero all my life.

He has been a model since my childhood model in his demeanor, intelligence, and high regard for others.

His influence encouraged me to test, join and enlist to in the United States Air Force, to make it an educational, well traveled and enjoyable career

He remains a well loved, admired and go-to person in my life—

Sincerely,

Dale D. Reid

DALE D. REID

# EXHIBIT 25

**Dane Reid**
P.O. Box 640055
Atlanta, Georgia 30364
(404) 822-7107
dr@danereidmedia.com

Judge Victor Merrero
U.S. District Court
500 Pearl Street
New York, N.Y. 10007

August 6, 2009

In my 32 years of life I have seen the definition of what a man is change. A man had always been someone who provided for, protected and educated his family. He was consistent, strong and firm in his knowledge and ideals. A man has always been dependable and honest and committed to his family and community. Throughout my life I have had two great examples of the traditional man in my father and my uncle Asquith.

My uncle Asquith started from humble beginnings to my grandmother who had nine children. He is the second of her children and the first boy. His father was not a provider and Asquith was, by my grandmothers accounts, the reliable son who was always helpful and never complained about his role in the house. My father, who is two years younger recalls his accountability for his sometimes mischievous actions to his older brother saying "Asquith would sometimes beat me up when I misbehaved."

My uncle migrated to the U.S. from the West Indies and served in the United States Air Force for four years. It was during his time in the service that he met my Aunt Dean, to whom he has been married to for 42 years. For the majority of those years, Aunt Dean has worked as the homemaker while Uncle Asquith brought home the bacon. Together they had three children; the youngest Sharon, Michele and the oldest Donna who died of cancer in 1987. During Donnas' three year battle with cancer, he worked tirelessly searching for the best doctors to cure his oldest daughter.

Shortly after her death, Uncle Asquith started the Donna Reid Memorial Fund to help others. My parents, Uncle Asquith and Aunt Dean have always been involved in the community. They served many years on P.T.A. at P.S.268 where myself, brothers and

cousins attended school. But Uncle Asquith's commitment to Community Board District 17 and East Flatbush was above and beyond the call. He served on the community board for several years championing the cause of our neighborhood. My first visit to Washington D.C. and the Capitol at age 5 was a bus trip that Uncle Asquith organized for the community shortly after he campaign managed  the congressional victory of Congressman Major R. Owens. Long before email and text messages Uncle Asquith used his organization skills to champion the cause of many. He encouraged many in East Flatbush to simply "Vote."  While away at college in Atlanta, I depended on him to send me absentee ballots and give me information about the candidates.

My relationship with Uncle Asquith has always been one of trust and respect. Throughout my life his home has always been a second home of mine. Growing up, my parents worked long hours in their own business and I spent much of my time at his house. My uncle worked many years as an electrician for a telephone company. He would come home after work, eat and check on the family before he left again to volunteer his time in the community. In college, my Aunt Dean and Uncle Asquith allowed me to stay with them for two summers, while never complaining about how much food I tend to eat. It is indicative of my Uncle to do for others and not complain. His reward has always been the success of the people around him. I remember being in kindergarten when he helped my older brother Dez build the coolest science project I've ever seen. It was an electric racetrack that he built and set up stop lights and timers for. It was during those same years that Uncle Asquith  bought a classroom sized chalkboard that he mounted on the wall in his living room to tutor not only his kids but other kids in the neighborhood for free in Junior High School math. That chalkboard still remains in his living room to this day. A few years ago when I started my business producing radio commercials, my computer monitor that I depended on to work stopped working. Knowing that mine was a fledgling business and couldn't afford to replace it, my uncle Asquith gave me the money to purchase a new monitor so that I could continue to work. I still use that monitor to this day.

In writing this letter and thinking about events that cause me to write this, I can't help but fight back the emotions I feel. Men like my Uncle Asquith are seldom replicated in my own generation. A man no longer works selflessly and tirelessly on behalf of others. We are a generation of the Iphone, the Ipod and the MyBook. While Gen-X speaks via text messages, Asquith Reid is the classic example of a patient man who listens carefully, communicates interpersonally and acts accordingly to help others in need. Even in his own times of need, he asks for nothing. It is only through self prompting that I write this letter on his behalf. But I have because I'm proud of my Uncle and the example that he has set for me, my brothers and his family. Our conversations have still been about the work of the community and of course, the grandkids, particularly his one year old only grandson.

I ask that Judge Merrero carefully examine the lifetime of consistent above the bar behavior that my uncle has demonstrated. In ruling, I ask for leniency on behalf of my closest uncle; a man too humble to speak of his own upstanding character.

Respectfully,

Dane Reid

# EXHIBIT 26

Desmond A. Reid
33 Lafayette Avenue
Brooklyn, NY 11217

August 8, 2009

Judge Victor Marrero
Federal Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Asquith D. Reid

Your Honor,

I know that you are very busy, but I ask that you bear with me because, in this atmosphere where so many public officials are being indicted for accepting bribes--amongst other misconducts--the call is for severe punishments for offenders. However, sir, I ask that you consider the following in making your sentencing decision:

Asquith is the second of our mother's nine children and I am the third. We are the fourth and fifth of our father's twenty children. Because our older sister lived with our maternal grandparents we (especially Asquith), had to assume a lot of responsibility for assisting our mother at a very early age. He has maintained that sense of responsibility ever since, and has extended that sense to anyone whom he considers in need of help.

Many years ago I suggested to him that, if we wanted our children properly educated, we had to get involved in the PTA. That involvement soon extended to the community, and we soon were involved in School Board elections, etc., culminating in our service on Community Board 17, where he chaired the Education Committee and I the Social Services Committee and well as being second vice chair of the Board. I resigned and moved away from the community in 1995, but he continued his involvement.

When his daughter died of cancer, at the age of 18, he decided to set up a foundation in her honor and help others who are in need. We agreed that education was the best means of pulling oneself up from the lower levels of life and so he set up a homework help center, beginning in his home. He later enlisted the help of others and computer operations were taught to a number of persons. It was after a visit to Jamaica about twenty years ago that he said there were some people who were in dire need of help, so he "adopted" the first school which we attended as children, along with another and supplied them with books, stationery, and the like. He also decided to "adopt" a couple of destitute families. He inspired me to "adopt" the parish library in the parish in which we were born, to which I gather books and

send yearly. He also helps family members in need and has even bailed me out with a loan on several occasions. Because he earned more—with his pension and his job with the councilman—he increased his giving, not from city funds, as charged, but with his increased ability. He has never purchased a new car, because he said that there were too many people in need whom he could help, for him to spend that much on a car which he did not need that much.

When I suggested to him that he not become an employee of any politician and that he should take advantage of his early retirement and go live in Georgia as his wife wished, he retorted that, as chief of staff to the Councilman he would have the wherewithal to get some of the things that we had been fighting for done in the community. And he has! The auditoriums in all the schools in the council district have been air-conditioned; the libraries properly computerized; and asbestos removal has been extensive, amongst other things.

In all of my almost sixty-four years of knowing Asquith, I have never known him to cheat anyone or to take anything that didn't belong to him. I have never known him to be at odds with anyone. I have often called him to task for being too trusting of people whom I considered to be less than honest, but he usually does not recognize danger. He seems to believe that since his intentions are honest and altruistic that others who gravitate to him share the same honesty. That is his shortcoming.

I am fully confident that his culpability is one of omission rather than commission. His fallacy is that he was less than vigilant, and allowed himself to be caught up in questionable actions.

I, therefore, sir, plead with you to consider my presentation in your sentencing, and be as lenient as the law and your conscience will allow.

Thank you, and be well.


With much gratitude,

Desmond A. Reid

# EXHIBIT 27

758 Peyton Rd. SW
Atlanta GA 30311
July 27, '09

To whom it may concern:
From Etta V. Reid, mother of
Asquith D. Reid of Brooklyn.

Asquith is the second of my
nine children. He was always an
exemplary son. He learned to read
at an early age and became
very responsible, because he was
the oldest. He was always looking
out for the younger children... both
his siblings and the neighbor's kids.
When he was about twelve,
his father left us to make another
family. He and his first brother told
me that they knew why their fa-
ther would not come to see us any-
more and they would help me to
raise the younger ones. He kept
his word and became my support,
confidant and helper. He helped
to take care of the younger ones.
He treated them well. He liked to
tease them as kids are wont to do,
but he was respectful and obedient.
He also learned to cook, wash, iron,
clean the house and change the
baby.
I am exceptionally proud of As-
quith's accomplishments in life.
At seven years old, he decided he
wanted to become an Electrical En-

2

gineer. Through many obsta-
cles, he graduated from City College,
after attending at night for about
seven years. He has been a very
good example for his younger
siblings to follow. The things I
showed them about how to be good
human beings, were never forgot-
ten. That's how I was raised; That's
how I raised my children.

At the age of fourteen, As-
quith got a scholarship to a second-
ary school from which he gradu-
ated with honors. The Telephone
company employed him before
he graduated. He worked there
until I brought him to the Uni-
ted States in May of 1962. In Octo-
ber 1963 he left his job and join-
ed the Air Force to do his duty as
a resident of this country.

After leaving the Air Force,
Asquith got a job and began do-
ing Community work. Even while
working and attending College
at night, he still found time
to help those in need. So it is no
wonder that after graduation, he
immersed himself into his com-
munity, trying to make it a
better place. He is mostly involved
in Education and politics.

He is very good at whatever he

3

does.
      Asquith is the kind of son
that any mother would ask for.
He is an equally dedicated father,
brother, friend and husband.
His 41 years of marriage to the
same woman, is testamony to
his character and dedication.
      I was 87 years old last Dec-
ember. I can't stop crying at the
prospect that I may not see my
boy again before I depart this
earth. I hope that you will
check his character and the many
people he has helped over the
years. He lives a simple life so
that he can give to those who
have nothing. He lives in a mo-
dest home, always drives an
older car and dresses ordinari-
ly. As I taught him, God gives
one a little more than they need,
so that they can share with the
less fortunate. I learned that
from my mother, and he learned
it well from me.
      Thanks very much for taking
the time to read this letter and
may God bless you.
      May you see your way to be
lenient when you make your de-
cision. I thank you in advance.
                  Respectfully, Yours.
                  Etta V. Reid

# EXHIBIT 28

26 Aug 09

Judge Victor Merrero
U. S. District Court
500 Pearl Street
New York, NY 10007

Judge Merrero,

In 1991, I was commissioned in the U.S. armed forces, the first officer in my family. I am considered a success story by some, but I learned long ago that no one "makes it" on his or her own. My parents, teachers, even neighbors and friends in East Flatbush, Brooklyn helped me along the way. Ultimately, God protected and provided for me, even when I did not seek Him. One key person He placed in my path was my uncle, Asquith D. Reid.

Uncle Asquith was not my favorite uncle, but he is the one I respected the most. He was a smart, accomplished and driven man, and a strong but quiet provider for his family. Yet, he was also a person of conviction who believed that young people needed guidance and help to succeed. To this end, although he was involved in our local school system, he also took a more direct approach—he poured his own talents and knowledge into the boys and girls in his neighborhood.

On weekends and after school, Uncle Asquith tutored me and many other local kids in math and science skills. He taught me basic mathematics and algebra and helped me with projects for the school science fair. He spent hours drilling me, answering my questions and ensuring I had a solid foundation of knowledge upon which to build. He committed himself to my achievement over a period of years; I could not have succeeded in my current technically-challenging military career without Uncle Asquith's instruction and mentorship.

Uncle Asquith and his family also shared their lives with the neighborhood, opening their home to young people from a 3 block radius. There was always a crowd of kids there playing out back, eating in his kitchen or playing a video game he programmed into his computer. We were comfortable in Uncle Asquith's home; he made it a welcoming and safe haven that so many of my peers lacked at that time.

My favorite cousin was Donna, Uncle Asquith's firstborn. Donna and I grew up together and she was like a sister to me. While I was shocked to see her rapid deterioration in the hours before her passing, my Uncle Asquith was devastated by her sickness and death. He was visibly changed in the aftermath; it is my opinion that he struggled to recover over many years, and that he did so, in part, through his service to the community.

I do not see Uncle Asquith much today. However, the man that I knew was one of character and action. He took personal responsibility to improve the lot of those around and beneath him in station, and he spent hours on "the least of these" in order to give

them the opportunity to excel.  He was an irreplaceable part of my "success" story and I believe he was a gift from God in my life and the lives of many others.

I respectfully request that in deciding Asquith Reid's future, you reflect on his years of service to his community and the impact that my Uncle Asquith had on the many young people whose lives he has touched over the years.

Sincerely,

Desmond Reid, Jr.

# EXHIBIT 29

Marilyn Reid
1109 East 51st Street
Brooklyn, New York 11234
22 July 2009

Judge Victor Marrero
U.S. District Court
500 Pearl Street
New York, New York 10007

Re: Asquith Reid

Asquith Reid, my brother of fifty- four years, is a father figure, and is known to me as an honest, respectful and a hard working person. He has the highest of integrity, which translates to the way he treats his family and those in his community. Until charges were brought against him, he was well respected by all.  When his arraignment was publicized, it left people puzzled. That he is still an honest and respectful person, I do not hesitate to believe. When I heard of his arraignment, I was very dumbstruck, as were the rest of family and friends who truly know him. We proceeded to help in any way we could, because of his outstanding characteristics.

My brother has always tried to trust all, loves all and gives to all and helps all, even those who are not helpful to others. He tries to see the good in all. This character sometimes blinds him to the extent that he sometimes gives too much and cares too much. He spends much of his family's quality time and resources helping others.

I have much concern about my brother's health, at this point. In addition to his own health problems, he is also dealing with the health of his immediate family. Also, in recent months, we have dealt with the death of a brother, father, three uncles and nine other relatives. Due to his travel limitations, he was unable to attend any of their funerals. All of this has taken a great toll on him.

You might have received many letters, with similar requests, from other family members and friends so this request may not weigh much. However, I believe, with all my heart that Asquith is remorseful and as his sister, I ask, and believe, that you will grant leniency when deciding his sentence.

May God bless you.

*Marly Reid*

Marilyn Reid

# EXHIBIT 30

July 24, 2001

Judge. Victor Morreto,
US District Court
50 Pearl Street.
N.Y. N.Y. 10007
                    Dear Sir.

My name is Ridley Reid, Asquith Reid's brother,
I am writing this letter to demonstrate some
of the rare qualities Asquith has. Between
1963 and 1965, this great Country, The United
States of America, opened her Arms and
Accepted my family, which consists of 10,
Mom and my eight siblings, of which
Asquith is the oldes son. He has Always
Inspired us As teenagers. When he was
only 16 yrs old he sent here to the
U.S. to get a radio set, which he put
together, and it actually worked, can
you Imagine the excitement, The pride,
and Admiration the boys had in there
older brother? During the years Ahead
we All watched Asquith, Always helping
others. When we migrated to the U.S
he continued his quest.

he reached out to the community doing what-
ever he could do to help, Including bringing
kids in his home to teach And instruct
them in the manner in which we were
raised, to respect God, parent, Country,
And All people, And some of those kids
went on to college. Asquith did not forge
the enormous needs that the Jamaican
families have, he Also helped others
in Jamaica. We All wanted to show our
Appreciation for the United States And
her generossity, so Asquith was the
first to join the Air Force, And 4
of us followed him in the millitary.
I Am Also A Vietnam Veteran. On ending
Asquith has never had Any problem
with the law in the pass, And he is
A very loving, caring, And he has been
A great Inspiration to all who knows
him. I Am Asking you to be lienient when
passing sentense on him, so he can get back
to his family, And All the people who
depend on him. Thanking you kindly sir.

Ridley Reid
Ridley Reid